Rebecca HOPPER, et al., Appellants,

v.

**GRINNELL MUTUAL REINSURANCE CO., Respondent.**

**No. WD 67111.**

Missouri Court of Appeals, Western District.

March 20, 2007.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 1, 2007.

---

5. For example, Father testified he occasionally drank beer. Presumably he bought at least some of it.

Christopher R. Williams, St. Joseph, MO, for appellant.

Pamela Jane Welch, John Lavelle Mullen, Kansas City, MO, for respondent.

Before JAMES M. SMART, JR., P.J., ROBERT G. ULRICH, and JOSEPH M. ELLIS, JJ.

### Order

PER CURIAM.

The appellants contest the circuit court's grant of summary judgment to Grinnell Mutual Reinsurance Company in a declaratory judgment action filed by the appellants to resolve a question of insurance coverage.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).